UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

MAR 1 0 2020

David J. Bradley, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Criminal No. M-20-0354-S1 |
| § | |
| LUIS ENRIQUE VAZQUEZ- § | |
| DE LA CRUZ § | |
| JUAN CARLOS TERAN ARTEAGA § | |
| JOSE FRANCISCO GUERRA § | |

### SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES:**

#### Count One

On or about January 15, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**LUIS ENRIQUE VAZQUEZ-DE LA CRUZ
JUAN CARLOS TERAN ARTEAGA
and
JOSE FRANCISCO GUERRA**

did fraudulently and knowingly export and send from the United States, or attempt to export and send from the United States, any merchandise, article, or object, to wit: a quantity of cigarettes in excess of 10,000, contrary to Title 18, United States Code, Sections 2342(a) and 2342(b) a law and regulation of the United States.

In violation of Title 18, United States Code, Sections 554(a) and 2.

#### Count Two

On or about January 15, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**LUIS ENRIQUE VAZQUEZ-DE LA CRUZ
JUAN CARLOS TERAN ARTEAGA
and
JOSE FRANCISCO GUERRA**

did knowingly ship, transport, and possess contraband cigarettes, as that term is defined in Title 18, United States Code, Section 2341, to wit: a quantity of more than 10,000 cigarettes which bore no evidence of the payment of applicable State cigarette taxes in the State of Texas.

In violation of Title 18, United States Code, Section 2342(a).

## NOTICE OF FORFEITURE
## 18 U.S.C. § 554

Pursuant to 19 U.S.C. § 1595a(d) and 28 U.S.C. § 2461 the United States gives notice to defendants,

**LUIS ENRIQUE VAZQUEZ-DE LA CRUZ**
**JUAN CARLOS TERAN ARTEAGA**
**and**
**JOSE FRANCISCO GUERRA**

that upon conviction of a violation of 18 U.S.C. 554, or 18 U.S.C. 2342(a), as charged in this Indictment, all merchandise exported or sent from the United States or attempted to be exported or sent from the United States contrary to law, or the proceeds or value thereof, and property used to facilitate the exporting or sending of such merchandise, the attempted exporting or sending of such merchandise, or the receipt, purchase, transportation, concealment, or sale of such merchandise prior to exportation shall be forfeited to the United States and includes, but is not limited to the following:

Approximately 17,000,000 Cigarettes

A TRUE BILL

_____
FOREPERSON

RYAN K. PATRICK
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY